448 A.2d 1145

Commonwealth v. Gay, Appellant.

Argued April 21, 1982. Malcolm W. Berkowitz, for appellant; Eric I. B. Beller, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

Judgment of sentence affirmed.

448 A.2d 1146

Commonwealth v. Gedid, Appellant.

Submitted September 28, 1981. Michael D. Foglia, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, MONTEMURO and VAN der VOORT, JJ.

Judgment of sentence affirmed.